IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN LYNN WOODALL, JR., )<br>                                          )<br>    Plaintiff,                   )<br>                                          )<br>    v.                         )   CASE NO. 2:21-CV-713-RAH-SMD<br>                                          )<br>CHRISTOPER GORDY,      )<br>et al.,                                  )<br>                                          )<br>    Defendants.        )| |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed December 15, 2021 (Doc. 7), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 13th day of January, 2022.

                                            /s/ R. Austin Huffaker, Jr.
                                     R. AUSTIN HUFFAKER, JR.
                                     UNITED STATES DISTRICT JUDGE